STATE of Missouri, Respondent,

v.

### Steven CRENSHAW, Appellant.

### No. ED 78958.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 27, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 24, 2002.

Application for Transfer Denied Feb. 26, 2002.

Mary S. Choi, Asst. Public Defender, St. Louis, MO, or appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Asst. Atty. Gen., Follett, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., ROBERT G. DOWD, Jr., J., CHARLES B. BLACKMAR, Sr. J.

## ORDER

PER CURIAM.

Defendant, Steven Crenshaw, appeals from the judgment entered after a jury found him guilty of assault in the first degree and armed criminal action. No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).